# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kevin P. Wheeler

       Plaintiff,

v.              Case No.: 1:09–cv–05647

              Honorable Elaine E. Bucklo

Itasca Fire Dist. No. 1

         Defendant.

 

## NOTIFICATION OF DOCKET ENTRY

 

This docket entry was made by the Clerk on Wednesday, January 6, 2010:

    MINUTE entry before Honorable Elaine E. Bucklo:Motion to dismiss [13] is denied for the reasons stated in court. Status hearing held on 1/6/2010. Discovery is ordered closed on 5/7/10. Status hearing set for 5/7/2010 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.