# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN P. WHEELER,         ) | |
|     Plaintiff        ) | |
| ) | |
| v.         ) | Case Number: 09 cv 5647 |
| ) | |
| THE ITASCA FIRE PROTECTION         ) | Honorable: Bucklo |
| DISCTRICT NO. 1         ) | |
|     Defendants.         ) | |

## NOTICE OF MOTION

To:   Harry Channon
      Wolin, Kelter & Rosen, Ltd.
      55 W. Monroe Street; Suite 3600
      Chicago, Illinois 60603

**YOU ARE HEREBY NOTIFIED that on <u>Tuesday, March 16, 2010</u>** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her stead in Room 1441 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION FOR A HIPAA QUALIFIED PROTECTIVE ORDER** a copy of which is attached hereto.

                                            /s/ Stephen H. DiNolfo

ARDC No. 6206823
OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.
Stephen H. DiNolfo
1804 N. Naper Blvd., Ste. 350
Naperville, IL   60563
(630) 682-0085

## PROOF OF SERVICE

     I, the undersigned, on oath state that I served a true and correct copy of this Notice electronically to the above persons on this 11th day of March, 2010.

                                            /s/ Stephen H. DiNolfo

SUBSCRIBED AND SWORN TO before me
this 11th day of March, 2010.

/s/ Erin O'Malley
      Notary Public