**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN P. WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 09-5647 |
| v. ) | |
| ) | Honorable Elaine E. Bucklo |
| THE ITASCA FIRE PROTECTION ) | |
| DISTRICT NO. 1, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Stephen H. DiNolfo
 OTTOSEN  BRITZ  KELLY  COOPER
 & GILBERT, LTD.
 1804 N. Naper Blvd., Ste. 350
 Naperville, IL 60563

 PLEASE TAKE NOTICE that on **Wednesday, April 7, 2010** at **9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in Courtroom 1441 in the United States District Court, for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff Kevin Wheeler's Agreed Motion to Modify Discovery Schedule,** a copy of which is attached hereto and hereby served upon you.


                    KEVIN WHEELER,


                    BY:  s/ Harry O. Channon
                         One of his attorneys



Harry O. Channon
**WOLIN, KELTER & ROSEN, LTD.**
55 West Monroe Street, Suite 3600
Chicago, Illinois  60603-5011
(312) 424-0600

{F:\WPDOCS\10056\11221/00162501.DOC;}

## CERTIFICATE OF SERVICE

  Harry O. Channon, an attorney, hereby certifies that he caused a copy of the **Notice and Plaintiff Kevin Wheeler's Agreed Motion to Modify Discovery Schedule**, to be served via electronic delivery upon:

Stephen H. DiNolfo
OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.
1804 N. Naper Blvd., Ste. 350
Naperville, IL 60563

on this 1st day of April 2010.

                    _____s/ Harry O. Channon\_\_\_\_
                      Harry O. Channon