**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Kevin P. Wheeler
                              Plaintiff,

v.                                          Case No.: 1:09−cv−05647
                                          Honorable Elaine E. Bucklo

Itasca Fire Dist. No. 1
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 7, 2010:

       MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to compel [44] heard on 9/7/10 and the motion is granted as discussed in court. The audio tapes shall be turned over to plaintiff's counsel for attorney's eyes only. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.